Gary D. DECKER, Appellant,

v.

**STATE of Missouri, Respondent.**

No. WD 51470.

Missouri Court of Appeals,
Western District.

Feb. 13, 1996.

Emmett D. Queener, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., and BRECKENRIDGE and SMITH, JJ.

## ORDER

PER CURIAM.

Appeal from the denial, without evidentiary hearing, of Rule 24.035 motion seeking to vacate the convictions and sentences imposed.

Judgment affirmed. Rule 84.16(b).